HEATHER BOOK, Appellant, v EDWARD BOOK, Respondent.

Submitted August 3, 2009; decided October 20, 2009

Reported below, 58 AD3d 781.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.